IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GENE COGGINS,                          )
                                       )
        PLAINTIFF,                     )
                                       )
v.                                     )   CASE NO.: 3:08-cv-262-TMH
                                       )
JIMMY ABBETT,                          )   (WO - Do Not Publish)
                                       )
        DEFENDANT.                     )

## **ORDER**

This action is presently before the Court on Plaintiff's Motion for Default and Default

Judgment with Up-Date on Judgment (Doc. # 7) which was filed on April 25, 2008.  As of

the date that the motion was filed, Defendant had not been properly served with summons

and complaint.  Indeed, the summons in this case only issued on May 5, 2008.  Thus, the

prerequisites to entry of either default or default judgment have not been satisfied in this

case.  Accordingly, the Plaintiff's Motion for Default and Default Judgment with Up-Date

on Judgment (Doc. # 7) is DENIED.

DONE this the 6th day of May, 2008.

_____/s/ Truman M. Hobbs_____
SENIOR UNITED STATES DISTRICT JUDGE