IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-cv-262-TMH |
| ) | [WO] |
| JIMMY ABBETT, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the Court:

1. That this action is DISMISSED WITH PREJUDICE.

2. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58 and close this file.

DONE this the 18th day of June, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE